UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARIDAD RIVERA,

                Plaintiff,

— against —

PETER PAN BUS LINES, INC., and GEORGE L. SCHNEIDER,

                Defendants.
------------------------------------------------------------X

1:18-cv-03763 (RA) (RWL)

**NOTICE OF RULE 12(c) MOTION TO DISMISS**

**COUNSEL:**

**PLEASE TAKE NOTICE**, that upon the annexed declaration of CHRISTOPHER DOWNES, with Exhibits, dated Aug 13, 2018 the annexed declaration of GEORGE L. SCHNEIDER, dated Aug 9, 2018, and the annexed Memorandum of Law, defendant GEORGE L. SCHNEIDER hereby moves this court before the Hon. Ronnie Abrams, U.S.D.J., United States District Court, Southern District of New York at 40 Foley Square, New York, New York, for an order dismissing the complaint against defendant GEORGE L. SCHNEIDER pursuant to Federal Rule of Civil Procedure 12(c).

Dated: New York, New York
       August 13, 2018

                              Yours, etc.,

                              O'DWYER & BERNSTIEN, LLP

By:   CHRISTOPHER DOWNES (CD-8631)
       Attorneys for Defendants
       Peter Pan Bus Lines, Inc., and
       George L. Schneider
       52 Duane Street, 5th Floor
       New York, New York 10007
       (212) 571-7100

To:    HARMON LINDER & ROGOWSKY, ESQS.
Attorney for Plaintiff
3 Park Ave, Suite 2300
New York, New York 10016
(212) 732-3665