UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| CARIDAD RIVERA, | 1:18-cv-03763 (RA) (RWL) |
| Plaintiff, | **DECLARATION OF GEORGE L. SCHNEIDER IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(C)** |
| – against – | |
| PETER PAN BUS LINES, INC., and GEORGE L. SCHNEIDER, | |
| Defendants. | |

-----------------------------------------------------------------X

GEORGE L. SCHNEIDER, declares as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a named party in this lawsuit and submit this declaration in support of the motion to dismiss filed on my behalf by O'DWYER & BERNSTIEN. This declaration is based upon my personal knowledge.

2. From September 15, 2017 to June 2018, I resided at 8738 Little Patuxent Court, Odenton, MD., 21113. I moved to Reno, Nevada in June 2018 where I reside now. I had lived at the residence noted above since 1997.

3. I have never lived, resided, been domiciled or had an address for any purpose in the State of New York.

4. I respectfully request that the motion to dismiss filed on my behalf be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of August, 2018.

*/s/ George Schneider*
GEORGE L. SCHNEIDER