BRIAN O'DWYER∞
GARY SILVERMAN
CHRISTOPHER DOWNES*
VICTOR GRECO
CODY K. MᶜCONE
MARIANNA O'DWYER
J. P. DELANEY
JASON S. FUIMAN∞ᐞ*

STEVEN ARIPOTCH
M. GLADYS T. ORANGA
ZACHARY R. HARKIN
BRADLEY L. WALDMAN
IAN K. HENDERSON*

# O'DWYER & BERNSTIEN, LLP

ATTORNEYS AT LAW
PAUL O'DWYER WAY
52 DUANE STREET
NEW YORK, N.Y. 10007
(212) 571-7100
FAX (212) 571-7124



PAUL O'DWYER (1907-1998)
OSCAR BERNSTIEN (1885-1974)
FRANK DURKAN (1930-2006)

OF COUNSEL:
MICHAEL CARROLL

* ALSO ADMITTED IN NJ
ᐞ ALSO ADMITTED IN PA
∞ ALSO ADMITTED IN DC

WRITER'S DIRECT DIAL

November 9, 2018

**VIA ELECTRONIC FILING**

Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square – Room 2203
New York, New York 10007

    Re:    Caridad Rivera v. Peter Pan Bus Lines, Inc. and George L. Schneider
             Civil Docket No.: 18-CV-03763 (RA)(RWL)

Dear Honorable Justice Abrams:

    Please be advised that this letter is being jointly submitted by counsel for plaintiff Caridad Rivera, and counsel for defendants Peter Pan Bus Lines, Inc. and George L. Schneider in advance of the previously scheduled conference for November 16, 2018.

    Documentary discovery, including authorizations for post-accident treating health care providers, has been exchanged. Plaintiff's deposition has been conducted and medical examinations of the plaintiff are in the process of being scheduled. There may be some post-deposition discovery requests for authorizations for prior treating health care providers.

    A Rule 12(c) motion to dismiss the complaint against defendant George L. Schneider on the basis of a lack of jurisdiction of personal jurisdiction was filed on August 13, 2018. There is no opposition by plaintiff to that motion. The parties await the Court's decision.

    Plaintiff made a settlement demand after her deposition and the parties respectfully request that the Court refer this matter to the Southern District's Mediation Program forthwith.

    No dispositive motions, other than the filed Rule 12(c) motion, are anticipated at this time.

Respectfully submitted,

| | |
|---|---|
| Brett F Bloom, Esq. (BB8890) | Christopher Downes, Esq. (CD-8631) |
| Attorney for Plaintiff(s) | Attorney for Defendant(s) |
| CARIDAD RIVERA | PETER PAN BUS LINES, INC. and |
| Harmon, Linder & Rogowsky, Esqs. | GEORGE L. SCHNEIDER |
| Park Avenue – Suite 2300 | O'Dwyer & Bernstien, LLP |
| New York, NY 10016 | 52 Duane Street, 5th Floor |
| Tel: (212) 732-3665 | New York, NY 10007 |
| Email: bbloom@nytrialattorney.com | Tel: (212) 571-7100 |
| | Email: cdownes@odblaw.com |