### Harmon, Linder & Rogowsky
*Attorneys at Law*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016
Tel. (212) 732-3665
Fax. (212) 732-1462

David Harmon, Esq. *
*(1917-2013)
Mark J. Linder, Esq.
Ira Rogowsky, Esq.
Lisa M. Turpin, Esq.
Thomas A. Graci, Esq.
Jennifer R. Snider, Esq.
Michelle Jean-Jacques, Esq.
Eric Mausolf, Esq.

Jordan Byrd, Esq.
Bret Myerson, Esq.
Brett I. Bloom, Esq.
Keith A. Mininson, Esq.
Melissa Klafter, Esq.
Pawel Jankowski, Esq.

May 29, 2019

**VIA ELECTRONIC FILING**
Honorable Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Caridad Rivera v. Peter Pan Bus Lines, Inc.
Civil Docket No.: 18-CV-03763 (RA)(RWL)

Dear Honorable Justice Lehrburger:

       We represent the plaintiff, Caridad Rivera, in the abovementioned matter.

       At this time, counsel wishes to advise the Court that the parties have reached a settlement on this case. A Stipulation of Discontinuance will soon be filed with the Court to be "So Ordered".

       The case was referred to your honor for a Mediation and no mediation date was scheduled as of yet. Since this matter is settled, counsel respectfully ask that said Mediation referral be CANCELLED and the parties be allowed a reasonable amount of time to file the Stipulation of Discontinuance.

       Should any additional information be required, please feel free to contact the undersigned.

       Thank you for the opportunity to address the Court in this matter.

Very truly yours,

Michelle Jean-Jacques

CC:    **Via email: cdownes@odblaw.com**
Christopher Downes, Esq.
Attorney for Defendant(s)
PETER PAN BUS LINES, INC.
O'Dwyer & Bernstien, LLP
52 Dune Street, 5th FLoor
New York, NY 10007
Tel: (212) 571-7100